**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant SUTTER COUNTY, SHERIFF J. PAUL PARKER, SERGEANT GARZA, CAPTAIN SKINNER, DISTRICT ATTORNEY JANNA MCLUNG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

BEATRIZ GREEN and K.G.

    Plaintiffs,

v.

YUBA CITY, YUBA CITY POLICE CHIEF, ROBERT D. LANDON, Officer NICK WHITNEY, Officer M. BULLARD, Officer MICHAEL GWINNUP, SUTTER COUNTY, a municipality; SUTTER COUNTY SHERIFF, J. PAUL PARKER, SERGEANT GARZA, CAPTAIN SKINNER, SUTTER COUNTY DEPUTY DISTRICT ATTORNEY, JANNA MCLUNG, and DOES 1-50

    Defendants.
_____/

CASE NO. 2:17-cv-01024-TLN-CKD

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**

Complaint Filed: May 15, 2017

Plaintiffs BEATRIZ GREEN and K.G., by and through their counsel of record, hereby agree to extend the time for Defendants SUTTER COUNTY, SHERIFF J. PAUL PARKER, SERGEANT GARZA, CAPTAIN SKINNER, DISTRICT ATTORNEY JANNA MCLUNG to respond to the Complaint of Plaintiff to December 18, 2017.

{01729657.DOCX}     1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**

Good cause exists for this extension, due to the pendency of the underlying criminal case, <u>People v. Green</u>, Sutter County Case No. CRTR16-0001200, which may affect the outcome of this case. Thus, an extension of time for these Defendants to respond to December 18, 2017 is necessary.

Respectfully submitted,

Dated: October 16, 2017

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/John R. Whitefleet
 John R. Whitefleet
 Attorney for Defendants SUTTER COUNTY, SHERIFF J. PAUL PARKER, SERGEANT GARZA, CAPTAIN SKINNER, DISTRICT ATTORNEY JANNA MCLUNG

Dated: October 16, 2017

COLLINS LAW FIRM

By  /s/ David J. Collins (athz'd on 10/11/17)
 David J. Collins
 Attorney for Plaintiffs

## ORDER

GOOD CAUSE appearing, the Court hereby grants an extension of time for Defendants SUTTER COUNTY, SHERIFF J. PAUL PARKER, SERGEANT GARZA, CAPTAIN SKINNER, DISTRICT ATTORNEY JANNA MCLUNG to respond to Plaintiffs' complaint to December 18, 2017.

**IT IS SO ORDERED.**

Dated: October 16, 2017

Troy L. Nunley
United States District Judge