| | |
|---|---|
| 1 | BRUCE A. KILDAY, ESQ. (S.B. 66415)<br>  Email: bkilday@akk-law.com |
| 2 | DERICK E. KONZ, ESQ. (S.B. 286902)<br>  Email: amctavish@akk-law.com |
| 3 | **ANGELO, KILDAY & KILDUFF, LLP** |
| 4 | Attorneys at Law<br>601 University Avenue, Suite 150 |
| 5 | Sacramento, CA 95825 |
| 6 | Telephone: (916) 564-6100<br>Telecopier: (916) 564-6263 |

Attorneys for Defendants YUBA CITY, ROBERT D. LANDON, Officer NICK WHITNEY, Officer M. BULLARD, and Officer MICHAEL GWINNUP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ GREEN and K.G., a minor, | Case No.: 2:17-cv-01024 |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| YUBA CITY, YUBA CITY POLICE CHIEF, ROBERT D. LANDON, Officer NICK WHITNEY, Officer M. BULLARD, Officer MICHAEL GWINNUP, SUTTER COUNTY, a municipality; SUTTER COUNTY SHERIFF, J. PAUL PARKER, SERGEANT GARZA, CAPTAIN SKINNER, SUTTER COUNTY DISTRICT ATTORNEY, JANNA MCLUNG, et al., | Complaint Filed: May 15, 2017 |
| Defendants. | |

Pursuant to Local Rules 143 and 144, Plaintiffs BEATRIZ GREEN and K.G. (collectively hereinafter, "Plaintiffs") and Defendants YUBA CITY, ROBERT D. LANDON, NICK WHITNEY, M. BULLARD, and MICHAEL GWINNUP (collectively hereinafter, "Defendants"), hereby stipulate to extend the time for Defendants to respond to Plaintiffs' complaint (ECF No. 1) to December 18, 2017.

Pursuant to Local Rule 144(a), extensions of time beyond twenty-eight (28) days must be approved by the Court. Good cause exists for approval of this extension due to the pendency of

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER

128969

the underlying criminal case, *People v. Green*, Sutter County Case No. CRTR16-0001200, which may affect the outcome of this case. Thus, an extension of time for Defendants to respond to December 18, 2017 is necessary.

Respectfully submitted,

Dated: 10/18/17  ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
By:_____
BRUCE A. KILDAY
DERICK E. KONZ
Attorneys for Defendants
YUBA CITY, ROBERT D. LANDON,
NICK WHITNEY, M. BULLARD, and
MICHAEL GWINNUP

Dated: 10/18/17  COLLINS LAW FIRM

*/s/ David J. Collins* [as authorized on 10/18/17]
By:_____
DAVID J. COLLINS
Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING, the Court hereby grants an extension of time for Defendants YUBA CITY, ROBERT D. LANDON, NICK WHITNEY, M. BULLARD, and MICHAEL GWINNUP to respond to Plaintiffs' complaint to December 18, 2017.

**IT IS SO ORDERED.**

Dated: October 20, 2017

_____
Troy L. Nunley
United States District Judge